**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| PETER A. PHILLIPS, | : | |
| | : | Civil Action No. 05-433 (RBK) |
| Petitioner, | : | |
| | : | |
| v. | : | **O R D E R** |
| | : | |
| JOHN NASH, WARDEN, et al., | : | |
| | : | |
| Respondents. | : | |

For the reasons expressed in the Court's Opinion filed herewith,

It is on this ___16th___ day of ___February___, 2006,

ORDERED that Petitioner's motion for reconsideration (Docket Entry No. 8), is hereby DENIED.

S/Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge